### Betsy LIVINGSTON

v.

### Charles M. LIVINGSTON.

Supreme Judicial Court of Maine.

Argued March 6, 1985.

Decided March 20, 1985.

Howard J. Feller (orally), Falmouth, for plaintiff.

Beagle, Reiche & Ridge, Alan E. Wolf (orally), Martin J. Ridge, Portland, for defendant.

Before McKUSICK, C.J., and NICHOLS, VIOLETTE, WATHEN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

Charles M. Livingston appeals from a divorce judgment entered in Superior Court, Cumberland County, alleging abuse of discretion in the division of marital property and award of alimony to the plaintiff. Our review of the record reveals rational and credible support for the judgment. *Shirley v. Shirley,* 482 A.2d 845, 847–48 (Me.1984).

The entry is:

Judgment affirmed.

All concurring.